# In the United States Court of Federal Claims

No. 17-502C
(Filed: November 1, 2017)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **THE FRONT LINE APPAREL GROUP, INC., d/b/a FRONT LINE APPAREL,** | \* <br> \* <br> \* <br> \* |
| Plaintiff, | \* <br> \* |
| v. | \* <br> \* |
| **THE UNITED STATES,** | \* <br> \* |
| Defendant, | \* <br> \* |
| and | \* <br> \* |
| **DAK RESOURCES, INC.,** | \* <br> \* |
| Defendant-Intervenor. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Pursuant to the Notice of Voluntary Dismissal filed by Plaintiff, the Court hereby **DISMISSES WITH PREJUDICE** the above captioned case. Each party shall bear its own costs in this protest. The Clerk shall enter judgment accordingly.

**IT IS SO ORDERED.**

                                               s/ Edward J. Damich
                                               EDWARD J. DAMICH
                                               Senior Judge